UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM DOUGLAS JOHNSON, III,

                Plaintiff,

-against-

REGIONAL SUPPLEMENTAL SERVICES INC. and MANAGEMENT SPECIALTY SERVICES 109 INC.,

                Defendants.

24-CV-5534 (CS)

ORDER OF SERVICE

Cathy Seibel, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Regional Supplemental Services Inc. and Management Specialty Services 109 Inc. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1] If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    Plaintiff may receive court documents by email by completing the attached form, Consent to Electronic Service.[2] The Court directs Plaintiff's attention to the service of process guide on the Court's website, Service of Process in Cases Where the Fees Have Been Paid.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

SO ORDERED.

Dated: September 23, 2024
       White Plains, New York

_____
CATHY SEIBEL
United States District Judge