UNITED States District Court
Southern District of New York

William Douglas Johnson III
          Plaintiff

                                              24-cv-5534

against

Regional Supplemental Services Inc.
and Management Specialty Services
109 Inc.
                                              Motion to dismiss
                                              without prejudice

          Defendants.

I, William D. Johnson III, respectfully ask the court to dismiss this case without predjudice due to jurisdiction. I sincerely apologize to the court, as I do not want to waste any additional court time.

Under Federal Rule of Civil Procedure 41(a)(1), Plaintiff may dismiss (without prejudice) without the need for a court order, because no answer or motion for summary judgment has yet been filed.

The Clerk of Court is respectfully directed to terminate ECF Nos. 14 and 16 as moot, and to close the case.

SO ORDERED.

*Cathy Seibel*   11/18/24
CATHY SEIBEL, U.S.D.J.

W. Jn
11/14/24